JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO FLORES-HIDALGO, | Case No. CV 13-8036-JGB (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| ERIC H. HOLDER, JR., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 29, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1